|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  |                                                                      |
| 2  |                                                                      |
| 3  |                                                                      |
| 4  |                                                                      |
| 5  |                                                                      |
| 6  |                                                                      |
| 7  |                                                                      |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEVIN B. JOHNSON,        | No. 2:22-cv-1375 KJM DB P |
|--------------------------|---------------------------|
| Plaintiff,               |                           |
| v.                       | ORDER                     |
| UNKNOWN F.B.I. AGENTS,   |                           |
| Defendants.              |                           |

Plaintiff has requested an extension of time to file objections to the May 24, 2023, findings and recommendations. (ECF No. 46.) Those findings and recommendations stated objections were due within thirty days of service of the order. (ECF No. 45 at 7.) Therefore, the earliest objections could be due is June 23, 2023. Plaintiff states additional time is necessary because he has not had sufficient internet access to complete the document. (ECF No. 46.) Good cause appearing, the court will grant the motion.

////
////
////
////
////
////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

2. Plaintiff is granted an extension of seven days to submit objections to the May 24, 2023 order.

Dated: June 13, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/john1375.36obj