1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KEVIN B. JOHNSON,                           No.  2:22-cv-01375 KJM DB P

12               Plaintiff,

13          v.                                      ORDER

14     UNKNOWN F.B.I. AGENTS,

15               Defendant.

16

17          Plaintiff, a former county inmate proceeding pro se, has filed this civil rights action

18     seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19     Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 24, 2023, the magistrate judge filed findings and recommendations, which were

21     served on plaintiff and which contained notice to plaintiff that any objections to the findings and

22     recommendations were to be filed within thirty days.  (ECF No. 45.)  Plaintiff has filed objections

23     to the findings and recommendations.  (ECF No. 48.)

24          This court has conducted a *de novo* review of this case.  Having reviewed the file, the

25     court finds the findings and recommendations to be supported by the record and by the proper

26     analysis.

27     /////

28     /////

                                                1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 24, 2023, are adopted in full.

2.  Plaintiff's motions for injunctive relief (ECF. Nos. 43, 44) are denied.

3.  This matter is referred again to the assigned Magistrate Judge for all further pretrial proceedings.

DATED:  August 18, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE

2