UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN F.B.I. AGENTS,<br><br>    Defendants. | No. 2:22-cv-1375 KJM DB P<br><br><br>ORDER |

Plaintiff is a former county inmate proceeding pro se with a civil rights action. Plaintiff claims that Federal Bureau of Investigation ("FBI") officials violated his rights to equal protection under the law. On January 22, 2024, this court ordered plaintiff to show cause why this case should not be dismissed for his failure to serve defendants. (ECF No. 58.) On February 26, 2024, this court granted plaintiff's request for additional time to respond to the order to show cause. (ECF No. 61.) After the Postal Service returned the copy of the February 26 order mailed to plaintiff, on March 14 this court re-served that order on plaintiff at his current address. Therefore, plaintiff's response to the order to show cause is due April 13, 2024.

Plaintiff filed another motion for an extension of time on March 22. (ECF No. 62.) Plaintiff states that he was robbed of his computer and legal records. Plaintiff has demonstrated good cause for additional time to respond to the court's January 22 order.

////

1

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 62) is granted. On or before May 13, 2024, plaintiff shall file his response to the January 22, 2024 order to show cause.

2. Plaintiff is cautioned that failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: March 26, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:9
DB/DB Prisoner Inbox/Civil Rights/R/john1375.service eot(2)