UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNKNOWN FBI AGENTS,<br><br>   Defendants. | No.  2:22-cv-1375 KJM SCR P<br><br><br>ORDER |

Plaintiff has requested an extension of time to comply with the court's order dated September 17, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 68) is granted; and

2. Plaintiff is granted twenty-one days from the date of this order to respond to the court's September 17 Order to Show Cause.  Plaintiff's failure to file a timely response to the court's September 17 order will result in a recommendation that this case be dismissed.

Dated: October 25, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE