UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON, | No. 2:22-cv-1375 KJM SCR P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| UNKNOWN FBI AGENTS, | |
| Defendants. | |

Plaintiff, a former county inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1  |  Accordingly, IT IS HEREBY ORDERED that:

2  |  1. The findings and recommendations (ECF No. 70) are adopted in full;

3  |  2. This case is dismissed without prejudice under Federal Rule of Procedure 4(m); and

4  |  3. The Clerk of the Court is directed to close this case.

5  |  DATED: January 30, 2025.

_____
UNITED STATES DISTRICT JUDGE

2