UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN FBI AGENTS,<br><br>    Defendants. | No.  2:22-cv-1375 KJM SCR P<br><br><br>ORDER |

On February 3, 2025, plaintiff filed a motion to stop the FBI from investigating him.  This civil rights action was closed on February 3, 2025.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE